# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| D. BLAINE LEEDS, DDS and SMILEDIRECTCLUB, LLC, | )<br>)<br>) |
| Plaintiffs | )<br>) Civil Action No. 2:18-cv-01679-TMP |
| v. | )<br>) |
| BOARD OF DENTAL EXAMINERS OF ALABAMA; ADOLPHUS M. JACKSON, DMD; T. GERALD WALKER, DMD; DOUGLAS BECKHAM, DMD; STEPHEN R. STRICKLIN, DMD; MARK R. MCILWAIN, DMD, MD; KEVIN M. SIMS, DMD, MS; SHERRY S. CAMPBELL, RDH, CDHC; individually and in their official capacities as Members of the Alabama Board of Dental Examiners, | )<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, SmileDirectGroup, LLC ("SmileDirect"), submits the following Corporate Disclosure Statement:

SmileDirectClub, LLC. SmileDirectClub, LLC is a wholly owned subsidiary of SDC Financial, LLC. No publicly held corporation owns 10% or more of the stock of SmileDirectClub, LLC.

Respectfully submitted,

*s/ Matthew H. Lembke*
Matthew H. Lembke

OF COUNSEL:
Matthew H. Lembke (ASB-3922-M53D)
David G. Hymer (ASB-3922-M53D)
Michael R. Pennington (ASB-0178-T63M)
Brad Robertson (ASB-3856-Z12S)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Phone: (205) 521-8000
Facsimile: (205) 521-8800
mlembke@bradley.com
dhymer@bradley.com
mpennington@bradley.com
brobertson@bradley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date served the above and foregoing on:

Dr. Donna L. Dixon, Esq.
Board of Dental Examiners of Alabama
5146 Stadium Place Parkway
Suite 112
Hoover, Alabama 35244-4583

by placing copies of same in the United States Mail, first-class postage prepaid and addressed to her regular mailing address, on this 15th day of October, 2018.

*s/ Matthew H. Lembke*
OF COUNSEL